IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 3:26-cr-00186 |
| | ) | |
| | ) | JUDGE FRENSLEY |
| JOSHUA SELMON | ) | |

**UNITED STATES' MOTION FOR DETENTION HEARING AND FOR DETENTION OF THE DEFENDANT**

COMES NOW the United States of America by Braden H. Boucek, United States Attorney, and Robert E. McGuire, First Assistant United States Attorney, and moves this Court for a detention hearing and for detention of the Defendant in this matter.

This case is part of the 2026 Music City Enhanced Enforcement Initiative to combat violent organized crime. The initiative launched following a deliberate application of crime gun intelligence analysis conducted jointly by the ATF and the Metropolitan Nashville Police Department (MNPD) for the period of January 1, 2023, through January 1, 2026. Agents plotted and evaluated data related to NIBIN correlations, firearm recoveries, shots-fired incidents, and other crime involving firearms, without reference to demographic, socioeconomic, or historical contextual factors, to identify high-density areas of firearm related-crime within Nashville, Tennessee. These findings guided investigative efforts, including the use of undercover agents and confidential informants, to develop intelligence on individuals engaged in violent crime and illegal firearm activity.

In this case, the defendant is charged with unlawful possession of a firearm after a conviction for a misdemeanor crime of domestic violence and dealing in firearms without a license.

Federal law states that "the judicial officer *shall* hold a hearing to determine whether any conditions or combination of conditions…will reasonably assure…the safety of any other person and the community – upon motion of the attorney for the Government or upon the judicial officer's own motion in a case, that involves "any felony … that involves the possession or use of a firearm…." 18 U.S.C. § 3142(f)(1)(E) (emphasis added).

The United States submits that at a hearing in this matter, it would establish that on July 29, 2026, the defendant went to a hotel on Antioch Pike and sold three firearms to an undercover federal agent for $2,500:



The transaction was audio and video recorded. Additionally, on July 31, 2026, the defendant was stopped by Metro Nashville Police in an unrelated incident. He was in the car with two other individuals. Inside the car officers found multiple firearms, 84 grams of cocaine, 8 grams of fentanyl, and 5 grams of meth. The Defendant was held in the custody of the Davidson County Sheriff's Office and these charges are still pending in state court.

The United States submits that the evidence of dangerousness is strong. Based on these aforementioned facts that the United States intends to show at the hearing in this matter, the United States respectfully submits that "no condition or combination of conditions will reasonably assure the appearance of the person and the safety of any other person and the community." 18 U.S.C. § 3142(e)(1).

The United States respectfully requests a continuance of three business days in order to adequately prepare for the hearing in this matter. However, the Government notes that, given that the Defendant remains in local custody he will likely be transported on a writ from the Davidson County jail.

Respectfully submitted,

BRADEN H. BOUCEK
United States Attorney

By:

*/s/ Robert E. McGuire*
ROBERT E. McGUIRE
First Assistant United States Attorney
719 Church Street, Suite 3300
Nashville, Tennessee 37203
Phone: (615) 736-5151